

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS D. SANDS,

    Plaintiff,                                           CV-07-0045-MA

    v.                                                     JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

    Based on the record and the Order for Remand filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the order.

    Dated this 27 day of August, 2008.

                                                      /s/ Malcolm F. Marsh
                                                      Malcolm F. Marsh
                                                      United States District Judge