

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS D. SANDS,

       Plaintiff,                      CV-07-0045-MA

   v.                               SUPPLEMENTAL JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

    Based on the stipulation (#30) of the parties, and the order filed herewith, attorney fees in the amount of $5,199.18 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The fees shall be paid to plaintiff in care of plaintiff's attorney and mailed to plaintiff's attorney at P. O. Box 98, Summertown, TN 38483.

    IT IS SO ORDERED.

    Dated this 20 day of October, 2008.

                                           /s/ Malcolm F. Marsh
                                         Malcolm F. Marsh
                                         United States District Judge

1 - SUPPLEMENTAL JUDGMENT